IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01672-RPM

WILDEARTH GUARDIANS,

      Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator,
United States Environmental Protection Agency,

      Defendant.

_____

## STAY ORDER
_____

Pursuant to the Notice of Lodging Consent Decree and Joint Motion to Stay Proceedings [8] filed on November 1, 2010, it is

ORDERED that all proceedings in this case are stayed through January 7, 2011, pending the public notice-and-comment process on the proposed Consent Decree.

DATED: November 2nd, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge