IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01672-RPM

WILDEARTH GUARDIANS,

 Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator,
United States Environmental Protection Agency,

 Defendant.

_____

### ORDER TERMINATING CONSENT DECREE AND FOR DISMISSAL WITH PREJUDICE
_____

 Pursuant to the joint motion to terminate consent decree and dismissal with prejudice, filed today,

it is

 ORDERED that the consent decree entered by this Court on January 10, 2011 is terminated and

this civil action is dismissed with prejudice.


 DATED:   November 1 , 2011

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior Judge